THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* FRANKLIN H. KALBFLEISCH COMPANY, Respondent.

*People* v. *Kalbfleisch Co.*, 174 App. Div. 108, appeal dismissed.
(Argued April 16, 1917; decided April 24, 1917.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second

judicial department, entered November 2, 1916, which reversed a judgment of the Court of Special Sessions in the city of New York convicting the defendant of a violation of the Sanitary Code and granting a new trial.

The motion was made upon the ground that the reversal by the Appellate Division was based solely upon questions of law without consideration of the questions of fact involved.

*Edward V. Dodd* for motion.

*Lamar Hardy, Corporation Counsel* (*E. Crosby Kindleberger* and *Terence Farley* of counsel), opposed.

Motion granted and appeal dismissed.